405 A.2d 539

Commonwealth v. Joyner, Appellant.

Submitted October 26, 1978.   John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

405 A.2d 539

Commonwealth v. Lantzy, Appellant.

Submitted October 26, 1978.   Benjamin Spencer Blakley, III, Assistant Public Defender, for appellant;   Barbara H. Schickling, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.